IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., | No. M 13-80293 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| NATIONAL SHOE, INC., | |
| Defendant. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to quash subpoenas, or in the alternative, to modify subpoenas and for protective order and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance, if any, by notice from the assigned Magistrate Judge.

Dated: 1/2/2014

CLAUDIA WILKEN
United States District Judge

cc: MagRef; Assigned M/J w/mo.