United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROSSROADS TRADING CO., INC.

Plaintiff,

v.

FOREVER 21, INC.,

Defendants.

Case No. 13-MC-80293- CW (JSC)

**ORDER RE: MOTION TO QUASH SUBPOENA**

Now pending before the Court is Crossroads Trading Co. Inc.'s motion to quash subpoenas or in the alternative modify subpoenas and for a protective order. (Dkt. No. 1.)  The subpoenas arise out of an action in the Central District of California.

While the motion recites that the parties have met and conferred, it does not represent that counsel have met and conferred in person.  Accordingly, before Forever 21, Inc. may file an opposition to Crossroad's motion, counsel with full authority to resolve the discovery dispute shall meet and confer in person in the Northern District of California, where the subpoenas were served.  Once they have so met and conferred, and if a dispute remains, Forever 21 may file an opposition directed to the issues that remain in dispute.  The opposition shall include a declaration as to the when, where and who of the in-person meet and confer session and shall be filed no later than January 27, 2014.  Crossroad's reply, if any,

1  shall be filed seven days after the opposition is filed.  Upon receipt of the parties'

2  submissions, the Court shall notify the parties if oral argument is required.

3

4      **IT IS SO ORDERED.**

5

6  Dated:  January 6, 2014

7                                                  _____
                                                   JACQUELINE SCOTT CORLEY
8                                                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2